UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEOFILO REGUS

v.                                                    CA 10-076 ML

CITIBANK (SOUTH DAKOTA), N.A.,
a/k/a CITIFINANCIAL

## ORDER

This matter is before the Court on review of a Report and Recommendation

issued by Magistrate Judge Martin on June 22, 2010.  No objection was filed.  I have

reviewed the Report and Recommendation and adopt it in its entirety.  Defendant's

Motion to Dismiss is hereby GRANTED.

SO ORDERED:

_Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
July  14 , 2010